# INDEX OF EXHIBITS TO COMPLAINT

| Exhibit | Description |
| --- | --- |
| A. | Strategic Plan for the State - Fiscal Years 2020 to 2025 |
| B. | Opinion in *Cremonte v Michigan State Police* |
| C. | Applicant Roster |
| D. | Captain Michael Caldwell - MSP Rank & Assignments |