

# State of Michigan

## Strategic Plan for the State Fiscal Years 2020 to 2025

Pursuant to the requirements set forth in MCL 18.1363

## Contents

- State of Michigan
- Agriculture & Rural Development (MDARD)
- Civil Rights (MDCR)
- Corrections (MDOC)
- Education (MDE)
- Environment, Great Lakes and Energy (EGLE)
- Health and Human Services (MDHHS)
- Insurance and Financial Service (DIFS)
- Labor and Economic Opportunity (LEO)
- Licensing and Regulatory Affairs (LARA)
- Public Service Commission (MPSC)
- Military and Veteran Affairs (DMVA)
- Natural Resources (DNR)
- State Police (MSP)
- Technology, Management & Budget (DTMB)
- Office of Children's Ombudsman (OCO)
- Office of State Employer (OSE)
- State Budget Office (SBO)
- Transportation (MDOT)
- Treasury
- Lottery (MSL)





# Michigan State Police
## Fiscal Years 2020 - 2025

**MSP 01/30/2020**

### FOUNDATIONS

**MISSION**
Provide the highest quality law enforcement and public safety services throughout Michigan.

**VISION**
Be a leader and partner in law enforcement and public safety, with a highly trained, full-service state police force that is mobile, flexible, and responsive to emerging public safety needs across Michigan.

**VALUES**
- Opportunity – that each Michigander be granted the greatest chance to succeed and advance
- Responsibility – that there is an expectation and duty to embrace opportunity to the best of each person's capability and situation
- Security – that protections are essential for those experiencing unforeseeable or unmanageable circumstances and to create a foundation upon which the benefits of opportunity can be achieved
- Service – that Michiganders receive from the Michigan State Police the highest quality law enforcement and public safety services
- Integrity – that the actions of the Michigan State Police reflect fairness and instill the trust and confidence of our department members, the public, and our stakeholders
- Inclusion – that the Michigan State Police fosters a culture and mindset where the unique contributions of each department member and community member are valued and celebrated



### KEY GOALS

| Provide the highest quality law enforcement and public safety services by maximizing existing strengths and assets and by forging authentic community connections. | Support our department members by creating an environment that fosters engagement and encourages personal growth and future success. | Build a department culture that values trust, transparency, and individual contributions that will inspire the confidence of department members, the public, and our stakeholders. |
|---|---|---|

### KEY STRATEGIES

| | | |
|---|---|---|
| • Maintain trooper strength and capabilities by conducting a one-for-one replacement for all enlisted attrition, in order to maintain a minimum staffing of 2,000 enlisted members annually by December 31.<br>• Provide a seamless in-car mobile environment that reduces administrative time for troopers by 10 percent by pursuing technology solutions, including single sign-on capability, enhanced connectivity, and dictation software by Dec. 31, 2022.<br>• Reduce crime and improve traffic safety by developing and implementing annual district-level plans, comprised of post and section plans, based on data and best practices that focus on crime and traffic initiatives where department resources can make a positive impact by December 31.<br>• Assess the department's current service delivery model to ensure it meets today's needs, including reviewing work sites, department fleet, and the assigned vehicle program by Dec. 31, 2022.<br>• Improve throughput for forensic examinations to better serve our partners in the pursuit of criminal justice by Dec. 31, 2022.<br>• Empower work sites with the resources and latitude to tailor their annual community outreach plan to meet the unique needs of the residents and stakeholders they serve through Dec. 31, 2022.<br>• Develop an after-action procedure that is implemented following a critical incident to identify lessons learned and opportunities for improvement through Dec. 31, 2022. | • Launch an internal mobile app that will enhance employee communication and engagement by Dec. 31, 2021.<br>• Establish a department-wide employee mentor program to encourage personal growth and future success by Dec. 31, 2021.<br>• Establish a civilian onboarding program that will foster employee inclusion and improve retention by Dec. 31, 2022.<br>• Make training more accessible for department members and our public safety partners by utilizing virtual-reality and modern video-based learning methods and by seeking alternate training locations by Dec. 31, 2022. | • Expand opportunities that foster employee inclusion and provide a platform for open dialogue from diverse perspectives through Dec. 31, 2022.<br>• Institute recruiting practices that reduce barriers to employment in order to increase the trooper minority applicant pool and female applicant pool by Dec. 31, 2022.<br>• Review the impact and intent of the department's current youth mentoring and cadet programs with the goal of attracting and building a pipeline for entering recruit school by Dec. 31, 2022.<br>• Capitalize on new and existing partnerships with community members that will provide department members with diverse perspectives, cultural awareness, and customer feedback by Dec. 31, 2022. |

### CORE OPERATING PROCESSES

| | | |
|---|---|---|
| • Delivering law enforcement services statewide<br>• Investigating crime and enforcing laws<br>• Protecting people and businesses | • Fostering employee engagement and inclusion<br>• Developing and retaining talent<br>• Modernizing training | • Fostering diversity, equity, and inclusion<br>• Attracting and retaining a diverse workforce<br>• Seeking diverse perspectives |

### KEY MEASURES

| | | |
|---|---|---|
| • 2,000 total enlisted member strength<br>• 10 percent reduction of time spent by troopers on administrative duties<br>• 65-day average turnaround time for cases submitted to the Forensic Science DNA Unit | • 79% or higher agree score for the Employee Survey question "I get the information I need to be productive in my job"<br>• 100% of new civilian employees assigned a mentor within 30 days<br>• 20% of training offered virtually | • 80% or higher agree score for the Employee Survey question "My work group has a climate in which diverse perspectives are encouraged and valued"<br>• 25% of trooper applicant pool identifies as a racial minority<br>• 20% of trooper applicant pool identifies as female |

