| Last Name | First Name | City | Zipcode | Districts | Home Phone | Gender |
|---|---|---|---|---|---|---|
| | | | | 1 | | Male |
| | | | | | | Female |
| | | | | 2 | | Male |
| | | | | 2 | | Female |
| | | | | 2 | | Female |
| | | | | 1 | | Male |
| | | | | 2 | | Male |
| | | | | 2 | | Female |
| | | | | 2 | | Female |
| | | | | 1 | | Female |
| | | | | 2 | | Male |
| | | | | | | Male |
| | | | | 7 | | Female |
| | | | | 2 | | Male |
| | | | | 2 | | Male |
| | | | | 3 | | Male |
| | | | | 3 | | Male |
| | | | | | | Male |
| | | | | 1 | | Male |
| | | | | | | Male |
| | | | | | | Female |
| | | | | | | Male |
| | | | | 2 | | Female |
| | | | | 2 | | Male |
| | | | | | | Male |
| | | | | 1 | | Female |
| | | | | 1 | | Male |
| | | | | | | Male |
| | | | | 1 | | Female |
| | | | | | | Female |
| | | | | 2 | | Male |
| | | | | | | Female |
| | | | | 3 | | Female |
| | | | | 1 | | Female |
| | | | | | | Male |
| | | | | | | Female |
| | | | | | | Male |
| | | | | 3 | | Male |
| | | | | 2 | | Female |
| | | | | 2 | | Male |
| | | | | 2 | | Male |
| | | | | | | Female |

EXHIBIT

tabbies

C

| Ethnicity | Status |
|---|---|
| Black | Agility Test |
| White | Agility Test |
| Black | Agility Test |
| Hispanic or Latino | Agility Test |
| White | Agility Test |
| Black | Agility Test |
| Black | Agility Test |
| White | Agility Test |
| Black | Agility Test |
| Two or More Races | Agility Test |
| Asian | Agility Test |
| Black | Agility Test |
| White | Agility Test |
| Black | Agility Test |
| Black | Agility Test |
| Black | Agility Test |
| Two or More Races | Agility Test |
| Two or More Races | Agility Test |
| Hispanic or Latino | Agility Test |
| Hispanic or Latino | Agility Test |
| White | Agility Test |
| Hispanic or Latino | Agility Test |
| Black | Agility Test |
| Black | Agility Test |
| Two or More Races | Agility Test |
| Black | Agility Test |
| Black | Background in Field |
| American Indian or Alaska Native | Background in Field |
| White | Background in Field |
| White | Background in Field |
| Two or More Races | Background in Field |
| White | Background in Field |
| White | Background in Field |
| White | Background in Field |
| Black | Background in Field |
| White | Background in Field |
| Hispanic or Latino | Background in Field |
| Black | Background in Field |
| Two or More Races | Background Review |
| Hispanic or Latino | Background Review |
| Black | Background Review |
| White | Background Review |

1a

| | | |
|---|---|---|
| | | Female |
| 1 | | Male |
| 2 | | Male |
| | | Male |
| | | Female |
| | | Male |
| | | Male |
| | | Female |
| | | Female |
| | | Female |
| 2 | | Female |
| | | Male |
| 2 | | Male |
| 1 | | Male |
| 2 | | Male |
| | | Female |
| 2 | | Female |
| | | Male |
| 2 | | Male |
| 3 | | Male |
| 2 | | Female |
| | | Female |
| 2 | | Male |
| 2 | | Female |
| 2 | | Male |
| | | Female |
| 1 | | Male |
| | | Male |
| | | Male |
| 2 | | Male |
| 2 | | Female |
| 2 | | Male |
| 1 | | Female |
| | | Male |
| | | Female |
| | | Male |
| | | Male |
| 2 | | Male |
| | | Female |
| | | Male |
| 2 | | Female |
| 1 | | Male |
| 3 | | Male |
| 2 | | Female |

| | |
|---|---|
| White | Conditional Offer |
| Black | Conditional Offer |
| Black | Conditional Offer |
| Two or More Races | Conditional Offer |
| White | Conditional Offer |
| Hispanic or Latino | Hiring Interview |
| Hispanic or Latino | Hiring Interview |
| White | Hiring Interview |
| White | Hiring Interview |
| White | Hiring Interview |
| White | Hiring Interview |
| Hispanic or Latino | Hiring Interview |
| Black | Hiring Interview |
| Two or More Races | Hiring Interview |
| Black | Hiring Interview |
| White | Hiring Interview |
| American Indian or Alaska Native | Hiring Interview |
| Asian | Hiring Interview |
| Two or More Races | Hiring Interview |
| Two or More Races | Hiring Interview |
| White | Hiring Interview |
| White | Minimum Education and Experience |
| Black | Minimum Education and Experience |
| Two or More Races | Minimum Education and Experience |
| Black | Minimum Education and Experience |
| White | Minimum Education and Experience |
| Hispanic or Latino | Minimum Education and Experience |
| Hispanic or Latino | Minimum Education and Experience |
| Black | Minimum Education and Experience |
| Black | Minimum Education and Experience |
| Black | Minimum Education and Experience |
| Black | Minimum Education and Experience |
| White | Minimum Education and Experience |
| Black | Minimum Education and Experience |
| Black | Minimum Education and Experience |
| Black | Minimum Education and Experience |
| Hispanic or Latino | Minimum Education and Experience |
| Black | Minimum Education and Experience |
| White | Minimum Education and Experience |
| Two or More Races | Minimum Education and Experience |
| Black | Minimum Education and Experience |
| Hispanic or Latino | Minimum Education and Experience |
| Black | Minimum Education and Experience |
| Black | Minimum Education and Experience |



2a

| # | Sex |
|---|---|
| 1 | Male |
| 1 | Male |
|   | Female |
|   | Female |
|   | Female |
|   | Female |
|   | Male |
| 2 | Male |
|   | Female |
|   | Male |
|   | Male |
|   | Female |
| 3 | Female |
|   | Male |
|   | Male |
|   | Female |
| 2 | Female |
|   | Female |
| 1 | Female |
|   | Female |
| 2 | Female |
|   | Male |
| 1 | Male |
| 2 | Male |
| 2 | Male |
| 3 | Male |
|   | Male |
|   | Female |
| 2 | Male |
| 1 | Female |
|   | Male |
|   | Female |
|   | Female |
| 1 | Male |
| 2 | Male |
|   | Female |
|   | Female |
| 1 | Female |
|   | Female |
|   | Male |
|   | Female |
| 1 | Male |
|   | Female |
|   | Male |

3

| | |
|---|---|
| Black | Pass/No Conditional |
| Hispanic or Latino | Pending Background |
| White | Pending Background |
| White | Pending Background |
| White | Pending Background |
| White | Pending Background |
| Black | Pending Background |
| Black | Pending Background |
| White | Pending Background |
| American Indian or Alaska Native | Pending Background |
| Two or More Races | Pending Background |
| White | Pending Documentation |
| Black | Pending Documentation |
| Black | Pending Documentation |
| Two or More Races | Pending Documentation |
| Hispanic or Latino | Pending Documentation |
| Black | Pending Documentation |
| White | Pending Documentation |
| White | Pending Documentation |
| White | Pending Documentation |
| Black | Pending Documentation |
| Black | Pending Documentation |
| Black | Pending Documentation |
| Hispanic or Latino | Pending Documentation |
| Black | Pending Documentation |
| Two or More Races | Pending Documentation |
| Hispanic or Latino | Pending Documentation |
| White | Pending Documentation |
| Black | Pending Documentation |
| White | Pending Documentation |
| Hispanic or Latino | Pending Documentation |
| Hispanic or Latino | Pending Documentation |
| White | Pending Documentation |
| Native Hawaiian or Other Pacific Islander | Pending Documentation |
| Two or More Races | Pending Documentation |
| White | Pending Documentation |
| White | Pending Documentation |
| White | Pending Documentation |
| White | Pending Documentation |
| Black | Pending Documentation |
| White | Pending Documentation |
| Black | Pending Documentation |
| White | Pending Documentation |
| Two or More Races | Pending Documentation |

3a

| | |
|---|---|
| | Male |
| | Male |
| 3 | Female |
| | Female |
| 3 | Female |
| | Female |
| 3 | Male |
| 1 | Male |
| 2 | Female |
| 2 | Female |
| 2 | Female |
| | Female |
| | Male |
| | Female |
| | Female |
| 3 | Female |
| 3 | Male |
| 2 | Female |
| | Male |
| 1 | Male |
| 1 | Male |
| 2 | Male |
| | Female |
| 3 | Male |
| | Male |
| 2 | Not Declared |
| 3 | Male |
| | Male |
| 2 | Male |
| 1 | Male |
| 3 | Male |
| | Male |
| | Female |
| 1 | Female |
| | Female |
| | Female |
| | Female |
| | Male |
| | Male |
| 2 | Male |
| | Female |
| 3 | Male |
| 2 | Male |
| 2 | Male |

4

| | |
|---|---|
| Two or More Races | Pending Documentation |
| American Indian or Alaska Native | Pending Documentation |
| Two or More Races | Pending Documentation |
| White | Pending Documentation |
| White | Pending Documentation |
| White | Pending Documentation |
| Two or More Races | Pending Documentation |
| Hispanic or Latino | Pending Documentation |
| Black | Pending Documentation |
| Black | Pending Documentation |
| Hispanic or Latino | Pending Documentation |
| Hispanic or Latino | Pending Documentation |
| Black | Pending Documentation |
| White | Pending Documentation |
| Black | Pending Documentation |
| White | Pending Documentation |
| Native Hawaiian or Other Pacific Islander | Pending Documentation |
| Two or More Races | Pending Documentation |
| Asian | Pending Documentation |
| Hispanic or Latino | Pending Documentation |
| Asian | Pending Documentation |
| Black | Pending Documentation |
| Black | Pending Documentation |
| Black | Pending Documentation |
| Black | Pending Documentation |
| Two or More Races | Pending Documentation |
| Two or More Races | Pending Documentation |
| American Indian or Alaska Native | Pending Documentation |
| Two or More Races | Pending Documentation |
| Two or More Races | Pending Documentation |
| Black | Pending Documentation |
| Black | Pending Documentation |
| White | Pending Documentation |
| Two or More Races | Pending Documentation |
| White | Pre-Screen Interview |
| Hispanic or Latino | Pre-Screen Interview |
| White | Pre-Screen Interview |
| Hispanic or Latino | Pre-Screen Interview |
| Black | Pre-Screen Interview |
| Hispanic or Latino | Pre-Screen Interview |
| Black | Pre-Screen Interview |
| Black | Pre-Screen Interview |
| Two or More Races | Pre-Screen Interview |
| Hispanic or Latino | Pre-Screen Interview |

4a

|   |   |
|---|---|
| 3 | Female |
|   | Female |
|   | Male |
| 2 | Male |
|   | Female |



| Black | Pre-Screen Interview |
| --- | --- |
| Two or More Races | Pre-Screen Interview |
| Hispanic or Latino | Pre-Screen Interview |
| Black | Pre-Screen Interview |
| White | Pre-Screen Interview |

5a