**Captain Michael Caldwell – MSP Rank & Assignments**

**January – May 1990**

Graduated from 107th Trooper Recruit School, Class standing 7 out of 119 recruits.

**March 1990 to April 1994**

Trooper – Flint Post

**April 1994 to March 1998**

Resident Trooper – Rogers City

Selected as one of the first "Resident Troopers" to be assigned to this location.

**March 1998 to January 2005**

Sergeant – Alpena Post

**January 2005 to April 2005**

Sergeant – Flint Post

**April 2005 to April 2006**

F/Lt. Post Commander – Alpena

Overall supervision of 35 enlisted and civilian members.

**April 2006 to April 2007 (RIF)**

Sergeant – Alpena Post

Was demoted to Sergeant during the Reduction of Force (RIF) of entire department due to budgetary restraints.

**April 2007 to February 2011**

F/Lt. Post Commander – Alpena Post

Promoted back to previous position as the Post Commander at Alpena after the budget crisis was over.

**February 2011 to November 2011**

F/Lt. Post Commander – Alpena and Gaylord Posts

Assigned to command two posts during this period with overall supervision of over 70 enlisted and civilian members.

**November 2011 to February 2013**

Inspector, Seventh District



Assistant Seventh District Commander responsible for overall supervision of over 200 enlisted and civilian members consisting of 9 posts, 5 Multi-Jurisdictional Drug Task Forces, a Fugitive Apprehension Team, Detective Bureau, and a Hometown Security Team.

**February 2013 to June 2015**

Captain – Special Operations Division (SOD)

As the SOD Commander I was responsible for the overall supervision of over 300 enlisted and civilian members of the agency as well as additional local, state, and federal officers assigned to the various sections and teams within SOD. I successfully managed a division budget of over $25 million for over three years. In this position I was required to testify before the Michigan Legislature – House Appropriations Committee on MSP's proposed budget requests each fiscal year. On multiple occasions, I was selected to be an Acting Deputy Director of the agency when one of the Deputy Directors was absent for an extended period of time. One of my many responsibilities in this position was being the Emergency Manager for the Michigan State Police. This role required me to be present in the State Emergency Operations Center during emergencies or training drills to manage the resources of the agency and make decisions on the deployment and utilization of all MSP personnel and assets. A brief description of each Section within SOD follows below:

- Field Support & Aviation Section (FSAS) – Aviation, Bomb Squad, K9, URU, and EST

   FSAS houses all of the department's specialist teams consisting of the Aviation Section with 5 rotary and fixed wing aircraft. The Bomb Squad with multiple two-man teams spread out across the state. The K9 Unit consisting of over 50 handlers and canines at the time, the Underwater Recovery Unit (URU) consisting of 12 divers and over a dozen watercraft, and the Emergency Support Team (EST), the MSP's SWAT team with over 50 tactical members and 3 Negotiators at posts all over the state.

- MIOC / DSEMIIC

   The Michigan Intelligence Operations Center (MIOC) is the state's Fusion Center. I was responsible for the overall supervision of more than 30 local, state, and federal officers and intelligence analysts assigned to the center. As a part of my duties I was responsible for presenting Governor Rick Snyder with an in-person, top-secret classified security threat analysis briefing in the MIOC's SCIF facility on a quarterly basis.

   I still hold a Top-Secret security clearance from the FBI as a result of that assignment.

   The Detroit & Southeastern Michigan Information and Intelligence Center (DSEMIIC) is a satellite office of the MIOC located in Detroit.

- Michigan Cyber Command Center (MC3)

   This was a brand-new unit stood-up under my supervision and direction responsible for coordinating the state's cyber security resources, both public and private, to quickly mitigate cyber threats to the state's critical infrastructure and the state network operating systems.

- Computer Crimes Section (CCU)

   CCU consists of over 30 local, state, and federal officers and civilians who provide investigative support in the seizure, acquisition, and analysis of digital evidence including digital device forensic examinations for the law enforcement community.

- Capitol Security Section

The Capitol Security Section consists of over 15 uniform officers and sergeants responsible for providing physical security to all State of Michigan buildings and facilities in the greater Lansing area.

- Communications Section

  The Communications Section is a complex multi-faceted section within the agency with over 130 enlisted and civilian members responsible for all internal and external digital communications equipment of the agency to include radios, in-car computers, in-car camera systems, 5 regional 911 centers located in Lansing, Detroit, Gaylord, Negaunee, and the department's 24/7 365 Operations Section which supports all law enforcement agencies within the State of Michigan.

**June 2015 to August 2015**

Captain – Intelligence Operations Division (IOD)

In June of 2015, Colonel Etue (Ret.) split the Special Operations Division into two separate divisions. Most of the FSAS sections and teams remained as SOD with the MIOC, DSEMIIC, MC3, CCU, and Communications forming the new Intelligence Operations Division (IOD). Colonel Etue named me the Captain of this new division.

During this time, the current Director of the MSP, Colonel Joe Gasper, was a First Lieutenant over the Governor's Security Detail and was promoted by Colonel Etue to Captain over the new, but much smaller, SOD Division.

**August 2015 to March 2020**

Captain – Seventh District

In August of 2015 I was offered a lateral move back up to Norther Michigan as the Captain of the Seventh District after the current Captain retired early due to a medical illness. I accepted and returned to the Seventh District where I promoted then First Lieutenant Robert (Mike) Hahn to Inspector to be my assistant Seventh District Commander. Together we were responsible for the overall supervision of over 200 enlisted and civilian members consisting of 4 posts, (the previous 9 posts had been consolidated into 4 posts) 5 Multi-Jurisdictional Drug Task Force Teams, a Fugitive Apprehension Team, a Detective Bureau, and a Hometown Security Team. For over four years, Inspector Hahn and I consistently lead the state in most all performance measures tracked for the seven districts that comprised the Field Operations Bureau, to include crime closure rates, traffic enforcement, the Voluntary Physical Fitness Assessment participation, and in the State of Michigan Employee's Employee Engagement Survey.

**March 2020 to Present**

Inspector – Lansing Headquarters

In March of 2019 I was unceremoniously demoted back to Inspector and temporarily assigned to Lansing Headquarters in the State Emergency Operations Center (SEOC) in a position that does not exist with no defined duties, until further notice.

**OTHER NOTEWORTHY ASSIGNMENTS**

**July 2007 – National Governor's Association Meeting**

I was selected as the Operations Chief for the 2007 National Governors Association meeting in Traverse City. This assignment required the overall supervision and coordination of personnel and assets from

over 15 federal, state, and local law enforcement agencies over a two-year period. As Operations Chief, I was responsible for organizing and completing the event's overall written operations plan, schedules, timelines, and the after-action reports.

**April 2009 -  Hometown Security Team Grant Project**

I was asked to lead a workgroup to research, write, and submit a successful $23 million grant application under the Department of Justice-Recovery Act: Assistance to Rural Law Enforcement to Combat Crime and Drugs program to stand up the department's Hometown Security Teams that are still in existence today.

**2010 to 2013 – MSP Leadership Team**

During the time I was selected to serve on the department's Leadership Team.  The Leadership Team was a small group of command officers that met regularly with the department's Director and Deputy Directors to provide input and advice on significant decisions with department-wide impact.

**2011 to 2012 – Post Operations Statewide Workgroup**

In 2011 I was selected to be the Project Leader on a statewide workgroup tasked with implementing the Regional Policing Plan (RPP) by consolidating 61 MSP posts down to 29 statewide.  RPP was a significant change in the way that police services are delivered by MSP which was necessary to operate efficiently following a $19 million cut to MSP's budget in FY2011.

**September 2017 – Hurricane Irma Response**

I was selected as the Assistant Detail Commander to plan and execute the Michigan State Police's response to the State of Florida to assist in the response and recovery from Hurricane Irma.  The operations plan called for 70 MSP personnel to travel to the State of Florida to assist authorities there while remaining self-sustaining for up to four weeks.  A mutual-aid request was never received from the State of Florida so we did not deploy.

**September 2018 – Hurricane Florence Response**

I was selected as the overall Detail Commander to plan and execute the Michigan State Police's response to the State of North Carolina to assist in the response and recovery from Hurricane Florence. The operations plan called for 66 MSP personnel to travel to the State of North Carolina to assist authorities there while remaining self-sustaining for up to three weeks.  A mutual-aid request was never received from the State of North Carolina so we did not deploy.


**EDUCATION**

1983 High School Graduate, John F. Kennedy High School, Taylor MI.

2010 Graduated FBI National Academy, Class 242, Quantico VA.

2018 Alpena Community College, Alpena MI

　　　　Associate in Arts in Criminal Justice, *Magna cum laude*

2020 American Military University, Charles Town WV.

　　　　Current Student – Will graduate fall of 2020 with Bachelor of Science in Criminal Justice

## MILITARY SERVICE

1983 – 1987 United States Marine Corps – Honorably Discharged


## AWARDS & RECOGNITION

Platoon Honorman Award, United State Marine Corps, 1983

MSP Award for Professional Excellence, 1991

MSP Award for Professional Excellence, 2003

MSP Award for Professional Excellence, 2012

MSP Award for Professional Excellence, 2013