UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

MICHAEL A. CALDWELL,

    Plaintiff,

v

GRETCHEN WHITMER, in her personal and representative capacities, JOSEPH M. GASPER, in his individual and representative capacities, and MICHIGAN STATE POLICE, an agency of the State of Michigan,

    Defendants.

No. 1:20-cv-00411

HON. ROBERT J. JONKER

MAG. RAY KENT

---

| | |
|---|---|
| James K. Fett (P39461)<br>Fett & Fields PC<br>Attorney for Plaintiff<br>805 E. Main Street<br>Pinckney, MI  48169<br>734.954.0100<br>jim@fettlaw.com | Joseph T. Froehlich (P71887)<br>Kyla Barranco (P81082)<br>Jessica McGivney (P64553)<br>Mark E. Donnelly (P39281)<br>Assistant Attorneys General<br>Attorneys for Defendants<br>State Operations Division<br>P.O. Box 30754<br>Lansing, MI  48909<br>517.335.7573<br>froehlichj1@michigan.gov<br>barrancok@michigan.gov<br>mcgivneyj@michigan.gov<br>donnellym@michigan.gov |

_____/

**CERTIFICATE OF COMPLIANCE WITH LOCAL RULES**

As required under LCivR 7.2(b)(ii), I, Joseph T. Froehlich, hereby certify that this supporting brief contains approximately 5,946 words, exclusive of the case caption, cover sheets, any table of contents, any table of authorities, the signature block, attachments, exhibits, and affidavits, and was created using Microsoft Word

365. The brief is within the 10,800 word limit allowed under LCivR 7.2(b)(i) for briefs support of dispositive motions.

/s/ *Joseph T. Froehlich*  
Joseph T. Froehlich (P71887)  
Assistant Attorney General  
Attorney for Defendants  
State Operations Division  
P. O. Box 30754  
Lansing, MI 48909  
517.335.7573

Dated: July 20, 2020

## CERTIFICATE OF SERVICE

I certify that on July 20, 2020, I electronically filed the foregoing papers with the Clerk of the Court using the ECF system, which will provide electronic copies to counsel of record, and I certify that my secretary has mailed by U.S. Postal Service the papers to any non-ECF participant.

/s/ *Joseph T. Froehlich*  
Joseph T. Froehlich  
Assistant Attorney General  
Attorney for Defendants  
State Operations Division