UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

MICHAEL A. CALDWELL,

    Plaintiff,

v

JOSEPH M. GASPER, in his individual and representative capacities, and MICHIGAN STATE POLICE, an agency of the State of Michigan,

    Defendants.

No. 1:20-cv-00411

HON. ROBERT J. JONKER

MAG. RAY KENT

___

| | |
|---|---|
| James K. Fett (P39461)<br>Fett & Fields PC<br>Attorney for Plaintiff<br>805 E. Main Street<br>Pinckney, MI 48169<br>734.954.0100<br>jim@fettlaw.com | Mark E. Donnelly (P39281)<br>Kyla Barranco (P81082)<br>Jessica McGivney (P64553)<br>Assistant Attorneys General<br>Attorney for Defendants<br>State Operations Division<br>P.O. Box 30754<br>Lansing, MI 48909<br>517.335.7573<br>donnellym@michigan.gov<br>barrancok@michigan.gov<br>mcgivneyj@michigan.gov |

___

## **PROOF OF SERVICE**

    The undersigned certifies that a copy of the following was served upon the attorney of record in the above cause by e-mailing the same to him at the email address above and by U.S. Mail at the address above on the 29th day of October, 2020:

    1)    Defendants' Response to Plaintiff's 10/01/20 Requests for Admissions to Defendants;

    2)    Defendants' Response to Plaintiff's 09/29/20 Requests for Production of Documents w/flash drive;

3) Defendants Amended Response to Plaintiff's 08/25/20 Requests for Admissions to Defendants.

*/s/ Brenda Barton*
Legal Secretary