UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

MICHAEL A. CALDWELL,

    Plaintiff,

v

JOSEPH M. GASPER, in his individual and representative capacities, and MICHIGAN STATE POLICE, an agency of the State of Michigan,

    Defendants.

No. 1:20-cv-00411

HON. ROBERT J. JONKER

MAG. RAY KENT

| | |
|---|---|
| James K. Fett (P39461)<br>Fett & Fields PC<br>Attorney for Plaintiff<br>805 E. Main Street<br>Pinckney, MI 48169<br>734.954.0100<br>jim@fettlaw.com | Mark E. Donnelly (P39281)<br>Kyla Barranco (P81082)<br>Jessica McGivney (P64553)<br>Assistant Attorneys General<br>Attorney for Defendants<br>State Operations Division<br>P.O. Box 30754<br>Lansing, MI 48909<br>517.335.7573<br>donnellym@michigan.gov<br>barrancok@michigan.gov<br>mcgivneyj@michigan.gov |

## **PROOF OF SERVICE**

    The undersigned certifies that a copy of the following was served upon the attorney of record in the above cause by e-mailing the same to him at the email address above on the 21st day of January, 2021:

    1)    Defendants' Amended Response to Plaintiff's 08/25/20 Requests for Admissions to Defendants.

    */s/ Brenda Barton*
    Legal Secretary